95 So.2d 806

**William H. McFARLAND**

v.

**STATE.**

**7 Div. 349.**

Supreme Court of Alabama.

Feb. 21, 1957.

Rehearing Denied June 20, 1957.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of William H. McFarland for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McFarland v. State, 95 So.2d 806.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

99 So.2d 553

**Charles Lee MARLER**

v.

**Estelle MARLER.**

**4 Div. 925.**

Supreme Court of Alabama.

Nov. 7, 1957.

Jackson W. Stokes, Elba, for appellant.

J. C. Fleming, Elba, for appellee.

PER CURIAM.

Appeal dismissed. Rules 1 and 12, Supreme Court Rules, Code 1940, Tit. 7 Appendix.

LIVINGSTON, C. J., and LAWSON, SIMPSON and MERRILL, JJ., concur.

94 So.2d 223

**Jas. G. NASH**

v.

**Margaret B. NASH.**

**6 Div. 133.**

Supreme Court of Alabama.

April 4, 1957.

Sirote, Permutt, Friend & Friedman, Birmingham, for petitioner.

Wm. S. Pritchard, Jr., Victor H. Smith and Pritchard, McCall & Jones, Birmingham, opposed.

STAKELY, Justice.

Petition of James G. Nash for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in Nash v. Nash, 94 So.2d 217.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.